SECOND DEPARTMENT, DECEMBER, 2001

(December 3, 2001)

■ HALIMA ADAM et al., Respondents, v ARTHUR SOLOMON et al., Appellants, et al., Defendant. [733 NYS2d 915] —In an action to recover damages for personal injuries, etc., the defendants Arthur Solomon, Robert Solomon, and Evelyn Haies appeal from an order of the Supreme Court, Kings County (Mason, J.), dated January 9, 2001, which denied their motion for summary judgment dismissing the complaint insofar as asserted against them.

Ordered that the order is affirmed, with costs.

There are issues of fact requiring the denial of summary

judgment (*see, Zuckerman v City of New York,* 49 NY2d 557). Friedmann, J. P., Smith, Adams and Cozier, JJ., concur.